**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1364**

———————

In re: ROSARIO A. FIORANI, JR., a/k/a Ross A. Fiorani, Jr.,

Petitioner.

———————

On Petition for Writ of Mandamus.
(4:11-cv-00038-RAJ-TEM)

———————

Submitted: May 31, 2012              Decided: June 5, 2012

———————

Before DIAZ and THACKER, Circuit Judges.[*]

———————

Petition denied by unpublished per curiam opinion.

———————

Rosario A. Fiorani, Jr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Rosario A. Fiorani, Jr., petitions this court for a writ of mandamus seeking an order vacating and/or reversing various orders on the ground they were the product of judicial corruption and/or bias. We conclude that Fiorani is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Fiorani is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED